# DeBOTTIS & SCHAAL

Attorneys at Law
312 Broad Street, Oneida, NY 13421

Michel J. DeBottis
Randy J. Schaal

DIRECT PHONE (315) 363-6888
FAX            (315) 363-6801

October 3, 2011

United States Bankruptcy Court Clerk
10 Broad Street
Room 230
Utica, NY 13502

Re: Francis R., Jr. & Sarah Guarascio
    Bankruptcy Case No. 10-62545

Dear Sirs:

Enclosed please find Check No. 119 made payable to United States Bankruptcy Court Clerk f/b/o of GE Money Bank in the amount of $4.99 which was sent to you as it was for an amount under $5.00.

The original address of the creditor is GE Money Bank, c/o Recovery Management Systems Corporation, 25 SE 2nd Ave., Suite 1120, Miami, FL 33131-1605.

Sincerely,

Randy J. Schaal
Bankruptcy Trustee

RJS/kg
Enc.

RECEIVED

OCT 4 2011

OFFICE OF THE BANKRUPTCY CLERK